THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL JUST, Appellant.— Judgment unanimously reversed and the complaint dismissed on the ground that upon the evidence and upon the record before this court the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Arbitration between ASTRIN BROS., LTD., Respondent, and PHILIP KACHURIN, Doing Business under the Name of KACHURIN DRUG Co., Appellant. In the Matter of the Arbitration between PHILIP KACHURIN, Doing Business under the Name of KACHURIN DRUG Co., Appellant, and ASTRIN BROS., LTD., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *post*, p. 772.]

C. A. D. BAYLEY & Co., INC., Respondent, v. JOHN W. DOTY et al., Appellants. — Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *post*, p. 819.]

ISIDORE KAPP, Respondent, v. CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

GRACE L. BOYNTON, Respondent, v. JAMES B. BOYNTON, Appellant.— Orders and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of JOHN A. PLUNKETT, Appellant, against WILLIAM WILSON, Commissioner of the Department of Housing and Buildings of the City of New York, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [179 Misc. 149.]

In the Matter of DRY DOCK SAVINGS INSTITUTION, Respondent, against TUDOR CITY SIXTH UNIT INC., Appellant.— Order so far as appealed from reversed, with $20 costs and disbursements to the appellant, and the surplus reduced to $1,346.18. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to affirm. Settle order on notice.

UNIVERSAL SPORTWEAR, INC., et al., Appellants, v. DAVID ROTHMAN et al., Respondents. (Action No. 1.) DAVID ROTHMAN et al., Respondents, v. UNIVERSAL SPORTWEAR, INC., et al., Appellants. (Action No. 2.) — Orders so far as appealed from unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

E. R. SQUIBB & SONS, Respondent, v. IRA J. SHAPIRO Co., INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ALFRED C. BLUMENTHAL, Appellant, v. MARGARET F. BLUMENTHAL, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BALBROOK REALTY CORPORATION, Respondent, and ELY KAHN et al., as Trustees in Liquidation of Balbrook Realty Corporation, Corelators-Respondents, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents. CITY BANK FARMERS TRUST COMPANY et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *post*, p. 763.]